# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY

*ELECTRONICALLY FILED*

| | |
|---|---|
| IN RE HUMANA, INC. PBM LITIGATION | Case No. 3:16-cv-00706-GNS-DW<br><br>Hon. Greg N. Stivers, District Judge<br>Hon. Regina S. Edwards, Magistrate Judge<br><br>**STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)** |

Plaintiffs Margie Waldrop and Jonathon D. Price (collectively, "Plaintiffs") and Defendants Humana, Inc. and Humana Pharmacy Solutions, Inc. (collectively, "Humana"), by and through their respective counsel of record, hereby enter into this Stipulation of Dismissal with Prejudice Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure:

On September 6, 2018, Plaintiffs and Humana executed a Confidential Settlement and Release Agreement (the "Agreement").

Pursuant to the Agreement, the parties hereby stipulate that the above-captioned action is hereby dismissed in its entirety, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

| | |
|---|---|
| Dated: September 6, 2018 | **SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>Joseph P. Guglielmo<br>Erin Green Comite<br>Carey Alexander<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>Telephone: 212-223-6444<br>jguglielmo@scott-scott.com<br>ecomite@scott-scott.com<br>calexander@scott-scott.com |

**KELLER ROHRBACK L.L.P.**
Derek W. Loeser
Gretchen S. Obrist
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: 206-623-1900
dloeser@kellerrohrback.com
gobrist@kellerrohrback.com

**SARRAF GENTILE LLP**
Ronen Sarraf
Joseph Gentile
14 Bond Street, Suite 212
Great Neck, NY 11021
Telephone: 516-699-8890
ronen@sarrafgentile.com
joseph@sarrafgentile.com

**DAVIS & TALIAFERRO, LLC**
Greg L. Davis
7031 Hacyon Park Drive
Montgomery, AL 36117
Telephone: 334-832-9080
gldavis@knology.net

**ZIMMERMAN REED, PLLP**
Brian C. Gudmundson
80 S. Eighth Street, Suite 1100
Minneapolis, MN 55402
Telephone: 612-341-0400
brian.gudmundson@zimmreed.com

**IZARD, KINDALL & RAABE, LLP**
Robert A. Izard
Craig A. Raabe
Christopher M. Barrett
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone: 860-493-6292
rizard@ikrlaw.com
craabe@ikrlaw.com
cbarrett@ikrlaw.com

**LEMMON LAW FIRM, LLC**
Andrew A. Lemmon
15058 River Road
P.O. Box 904
Hahnville, LA 70057
Telephone:  985-783-6789
andrew@lemmonlawfirm.com

**MOTLEY RICE LLC**
William H. Narwold
Matthew Jasinski
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
Telephone:  860-882-1676
bnarwold@motleyrice.com
mjasinski@motleyrice.com

**LOCKRIDGE GRINDAL NAUEN, PLLP**
Karen Hanson Riebel
Eric Neil Linsk
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone:  612-339-6900
khriebel@locklaw.com
rnlinsk@locklaw.com

**WOOD LAW FIRM LLC**
E. Kirk Wood, Jr.
P.O. Box 382434
Birmingham, AL 35238-2434
Telephone:  205-612-0243
kirk@woodlawfirmllc.com

**GRAY AND WHITE LAW**
Mark K. Gray
Jacob E. Levy
713 E. Market Street, Suite 200
Louisville, KY 40202
Telephone:  502-805-1800
mgray@grayandwhitelaw.com
jlevy@grayandwhitelaw.com

	By: Joseph P. Guglielmo

*Attorneys for Plaintiffs*
MARGIE WALDROP
JONATHON D. PRICE

Dated: September 6, 2018		**KAPLAN & PARTNERS, LLP**
		Michael P. Abate
		710 West Main Street, 4th Floor
		Louisville, KY 40202
		Telephone: 502-416-1630
		mabate@kplouisville.com

		**O'MELVENY & MYERS LLP**
		Brian D. Boyle (admitted pro hac vice)
		1625 Eye Street, NW
		Washington, D.C. 20006
		Telephone: 202-383-5300
		bboyle@omm.com

		Houman Ehsan (admitted pro hac vice)
		400 S. Hope Street, 18th Floor
		Los Angeles, California 90071
		Telephone: 213-430-6000
		hehsan@omm.com

		By: Houman Ehsan

		*Attorneys for Defendants*
		HUMANA INC.
		HUMANA PHARMACY SOLUTIONS, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2018, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

                                                  *s/ Joseph P. Guglielmo*
                                                  Joseph P. Guglielmo